**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ADA Q. LAMPKIN,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. 1:25-CV-01297** |
| | § | |
| **HEB, LP, AND DAVID YOUNG,** | § | |
| *Defendants.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower recommending that the undersigned grant Defendants' Motion to Compel Arbitration and stay the action. Dkt. No. 42. The Report and Recommendation was filed March 3, 2026. This Court hereby adopts Judge Hightower's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff Ada Q. Lampkin filed objections on March 3, 2026, raising alleged procedural errors. Dkt. No. 48. Defendants filed a response to Plaintiff's objections. Dkt. No. 52. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, Defendants' response, and the applicable laws. After that

thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted. The Court overrules Plaintiff's objections as meritless.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Susan Hightower, Dkt. 42, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Compel Arbitration (Dkt. No. 18) is hereby **GRANTED**.

**IT IS FINALLY ORDERED** that this case is **STAYED** pending resolution of arbitration proceedings.

**SIGNED** on March 18, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE